UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENNA BARTON, et al.,

    Plaintiffs,

Case No. 1:23-cv-1257

v.

HONORABLE PAUL L. MALONEY

DENSO MANUFACTURING
MICHIGAN, INC.,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered

Dated:  November 19, 2024                /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge